NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUDREY ALOZIE,**
*Plaintiff-Appellant,*

v.

**CHRISTUS SCHUMPERT HEALTH SYSTEMS,**
*Defendant-Appellee.*

---

2012-1317

---

Appeal from the United States District Court for the Western District of Louisiana in case no. 10-CV-1184, Judge S. Maurice Hicks.

---

## ON MOTION

---

## ORDER

Upon consideration of Audrey Alozie's motion to withdraw her appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

**MAY 17 2012**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: S. Price Barker, Esq.
    Audrey Alozie

s25

Issued As A Mandate: **MAY 17 2012**

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 17 2012

JAN HORBALY
CLERK